UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,
        Plaintiffs,
vs.

Case No: 3:18-cv-00452-MAS-TJB

ANCHORAGE PLAZA LLC,
A New Jersey Limited Liability
Company,
        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: **July 12, 2018**

/s/Barry M. Capp
Barry M. Capp, Esq. (00690-1999)
Ansell Grim & Aaron, P.C.
1500 Lawrence Avenue, CN 7807
Ocean, NJ 07712
Telephone: (732) 922-1000
Fax: (732) 922-6161
bmc@ansellgrimm.com
*Attorneys for Defendant*

Date: **July 12, 2018**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

vs.

Case No: 3:18-cv-00452-MAS-TJB

ANCHORAGE PLAZA LLC,
A New Jersey Limited Liability
Company,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _Trenton New Jersey_ this _16th_ day of _July_, 2018.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record